UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

HECTOR CASTILLO,
GIEZI MAGNO ZAMORA,
JHONNY ENRIQUE ARCENTALES MERO,
CARLOS JONATHAN QUIJIJE FRANCO,
ERNESTO ESTRADA,
FABIAN ESTRADA, and
JAIR GUEVARA PAYAN

CASE NO.  8:14-cr- 462T33AEP
46 U.S.C. § 70503(a)
46 U.S.C. §§ 70506(a) and (b)
21 U.S.C. § 960(b)(1)(B)(ii)
46 U.S.C. § 70507-(Forfeiture)
21 U.S.C. § 881(a)-(Forfeiture)
28 U.S.C. § 2461(c)-(Forfeiture)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date and continuing until on or about September 11, 2014, the defendants,

HECTOR CASTILLO,
GIEZI MAGNO ZAMORA,
JHONNY ENRIQUE ARCENTALES MERO,
CARLOS JONATHAN QUIJIJE FRANCO,
ERNESTO ESTRADA,
FABIAN ESTRADA, and
JAIR GUEVARA PAYAN,

each of whom will be first brought into the United States at a point in the Middle District of Florida, did knowingly and willfully combine, conspire, and agree with each other and with other persons, both known and unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture and

substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States.

All in violation of Title 46, United States Code, Sections 70503(a) and 70506(a) and (b); and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## COUNT TWO

On or about September 11, 2014, the defendants,

> HECTOR CASTILLO,
> GIEZI MAGNO ZAMORA,
> JHONNY ENRIQUE ARCENTALES MERO,
> CARLOS JONATHAN QUIJIJE FRANCO,
> ERNESTO ESTRADA,
> FABIAN ESTRADA, and
> JAIR GUEVARA PAYAN,

each of whom will be first brought into the United States at a point in the Middle District of Florida, did knowingly and intentionally, while aiding and abetting each other and other persons, both known and unknown to the Grand Jury, possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States.

All in violation of Title 46, United States Code, Sections 70503(a) and 70506(a); Title 18, United States Code, Section 2; and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## **FORFEITURES**

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 46, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts One and Two, the defendants shall forfeit to the United States, pursuant to Title 46, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c), all property subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
CHRISTOPHER F. MURRAY
Assistant United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics Section

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

HECTOR CASTILLO,
GIEZI MAGNO ZAMORA,
JHONNY ENRIQUE ARCENTALES MERO,
CARLOS JONATHAN QUIJIJE FRANCO,
ERNESTO ESTRADA,
FABIAN ESTRADA, and
JAIR GUEVARA PAYAN

## INDICTMENT

Violations:

Title 46, United States Code, Section 70506(a) and (b)
Title 46, United States Code, Section 70503(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 13th day

of November 2014.

_____
Clerk

Bail $ _____