UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
MARK A. PIZZO
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| CASE NO. 8:14-Cr-462-T-33AEP | DATE: November 20, 2014 |
| UNITED STATES OF AMERICA | GA: James Zoll |
| v. | |
| HECTOR CASTILLO | D.A.: Frank Zaremba, AFPD |
| GIEZI MAGNO ZAMORA | D.A.: Charles Britt, CJA |
| JOHNNY ENRIQUE ARCENTALES MERO | D.A.: James Armington, CJA |
| CARLOS JONATHAN QUIJIJE FRANCO | D.A.: Jeffrey Brown, CJA |
| ERNESTO ESTRADA | D.A.: Christopher Desrochers, CJA |
| FABIAN ESTRADA | D.A.: Robert Hambrick, CJA |
| JAIR GUEVARA PAYAN | D.A.: Kenneth Martin, CJA |

**SUSAN T. HAMER, Spanish Interpreter**

Courtroom: 11B           Time: 3:20p-4:00p           Tape: Digital

## INITIAL APPEARANCE and ARRAIGNMENT MINUTES

(X)   Defendants present; Advised of rights and charges; Counsel appointed.

(X)   Information/Indictment Filed and Copy to Defendant

(X)   Defendant Waives Reading of Information/Indictment

(X)   Arraigned and Pleaded Not Guilty

(X)   Trial set for the weeks beginning January 5, 2014 before Judge Virginia M. Hernandez Covington

(X)   Status Conference set for December 11, 2014 at 9:30a.

(X)   Pretrial Discovery Order - to be filed by Magistrate Judge Anthony E. Porcelli

(X)   The Government requested detention; ALL defendants reserved a detention hearing; ALL DEFENDANTS ordered detained pending trial.