AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED
U.S. MARSHAL
2014 NOV 14 AM 10: 34
MIDDLE DIST. OF FLORIDA
TAMPA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JHONNY ENRIQUE ARCENTALES MERO | ) | Case No. 8:14-cr-462-T-33 AEP |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JHONNY ENRIQUE ARCENTALES MERO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Knowingly and willfully combined, conspired, and agreed to possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine while on board a vessel subject to the jurisdiction of the United States; knowingly and intentionally possessed with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine while aiding and abetting.

In violation of Title 46, United States Code, Section 70503(a) and Title 46, United States Code, Section 70506(a) and (b)

Date: 11-13-2014

*Issuing officer's signature*

City and state: Tampa, Florida        SHERYL L. LOESCH, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 11-14-14, and the person was arrested on *(date)* 11-19-14
at *(city and state)* Tampa, FL.

Date: 11-19-14

Sign for DEA
*Arresting officer's signature*

USMS
*Printed name and title*