UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

Case No. 8:14-CR-462-T-33AEP

JHONNYH ENRIQUE ARCENTALES MERO
_____/

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Jhonny Enrique Arcentales Mero, in seeking a sentence reduction under Amendment 782. The Clerk is requested to enter the appearance of Darlene M. Geiger, Federal Defender Attorney, as counsel for the Defendant pursuant to this appointment.

                DONNA LEE ELM
                FEDERAL DEFENDER

            By:/s/Darlene M. Geiger
                Darlene M. Geiger
                Florida Bar No.0883476
                Federal Defender Attorney
                1514 Broadway, Suite 301
                Ft. Myers, Florida 33901
                Telephone: 239-334-0397
                Facsimile: 239-334-4109
                E-Mail: darlene_geiger@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 23, 2017, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney.

                /s/ Darlene M. Geiger
                Darlene M. Geiger
                Counsel for Defendant