**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                        Case No: 8:14-cr-462-T-33AEP

**JHONNY ENRIQUE ARCENTALES MERO,**

    **Defendant.**
_____/

**AMENDED NOTICE THAT THE FEDERAL DEFENDER'S OFFICE HAS
SATISFIED THE REQUIREMENTS IMPOSED BY THE AMENDMENT 782
OMNIBUS ORDER**

The Office of the Federal Defender, by and through undersigned counsel, hereby gives notice that it has satisfied the requirements set forth in this Court's *Omnibus Order In Re: Amendment 782, United States Sentencing Guidelines*, 6:14-mc-78-Orl-22 ("Omnibus Order"), and respectfully notifies this Court that it will not be filing a Motion for Sentence Reduction under Amendment 782 on behalf of Defendant Jhonny Enrique Arcentales Mero.

1. The Omnibus Order authorizes the Office of the Federal Defender to represent defendants "who were sentenced in this district, whose sentencing guidelines were calculated under USSG § 2D1.1, and for whom relief under 18 U.S.C. § 3582(c)(2) and USSG § 1B1.10 as a result of Amendment 782 may be warranted." Omnibus Order at 1.

2. Pursuant to the procedures set forth in the Omnibus Order, U.S. Probation prepares an Amendment 782 Memorandum detailing the eligibility of such defendants to receive a sentence reduction under Amendment 782. *Id*. Upon receipt of Amendment 782

Memorandum, the Federal Defender is required to inform the Court if a conflict prevents the Office from representing the defendant, and in the absence of a conflict, "evaluate the defendant's eligibility." *Id.* at 2. If the Office "determines that a defendant is not eligible for relief, it shall so inform the defendant and take such steps as it deems necessary to comply with the applicable rules of professional conduct." *Id.*

3. The Court has denied Defendant's request for a sentence reduction under Amendment 782.

4. Based on undersigned counsel's thorough and diligent review of the record, including Probation's Amendment 782 Memorandum and Defendant's original presentence investigation report, undersigned counsel cannot argue in good faith that Defendant is eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782 of the United States Sentencing Guidelines because Defendant's current sentence is will not be reduced based on the Amendment.

5. Undersigned counsel has advised Defendant about probation's memorandum, undersigned counsel's professional opinion, this notice of satisfaction, and the right to proceed *pro se*.

The Office of the Federal Defender will not be filing a motion for sentence reduction under Amendment 782 on behalf of Defendant      .

Respectfully submitted,

Donna Lee Elm
Federal Public Defender

*/s/ Darlene Geiger*
Darlene Geiger
Federal Defender Attorney
Florida Bar Number 0883476
1514 Broadway Ave., Suite 301
Fort Myers, Florida 33901
Telephone:     (239) 334-0397
Facsimile:     (239) 334-4109
Email: darlene_geiger@fd.org
Counsel for Defendant

**Certificate of Service**

I hereby certify that the foregoing *Notice that the Federal Defender's Office has Satisfied the Requirements Imposed by the Amendment 782 Omnibus Order* was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney on February 23, 2017.

*/s/Darlene Geiger*
Darlene Geiger
Counsel for Defendant